AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## WESTERN DISTRICT OF NEW YORK

Heriberto Baez

v.

Jo Anne B. Barnhart, Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 05-CV-215A

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Commissioner's motion for Judgment on the Pleadings is granted and plaintiff's motion for Judgment on the Pleadings is denied.

Date: December 27, 2006

RODNEY C. EARLY,
CLERK

By:   s/Deborah M. Zeeb
Deputy Clerk